UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

        Plaintiff,

v.

Kyle Wayne Martin, Sr.,

        Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Crim. No. 14-125 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation [Doc. #34] of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Defendant's Motion to Suppress Evidence Obtained by Search and Seizure, [Docket No. 14], is **DENIED as moot**.

DATED: July 25, 2014
At Minneapolis, Minnesota

s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court